# IN THE UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF WEST VIRGINIA

## HUNTINGTON DIVISION

TERESA MILLER,

        Plaintiff,

v.                                CIVIL ACTION NO.   3:16-4225

WEST VIRGINIA DIVISION
OF CORRECTIONS, et al.,

        Defendants.

## MEMORANDUM OPINION AND ORDER

This action was referred to the Honorable Cheryl A. Eifert, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B).  The Magistrate Judge has submitted findings of fact and recommended that Plaintiff's Amended Complaint (ECF No. 27) be dismissed, with prejudice; her Motion to Amend (ECF No. 34) be denied, as moot; and this civil action be removed from the docket of the Court.  Neither party has filed objections to the Magistrate Judge's findings and recommendations.

Accordingly, the Court accepts and incorporates herein the findings and recommendation of the Magistrate Judge and **ORDERS** that Plaintiff's Amended Complaint (ECF No. 27) be **DISMISSED**, **with prejudice**; her Motion to Amend (ECF No. 34) be **DENIED**, **as moot**; and this civil action be **REMOVED** from the docket of the Court, consistent with the findings and recommendations.

The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

ENTER:	April 5, 2017

_____
ROBERT C. CHAMBERS, CHIEF JUDGE